Byron M. Dossett, Administrator of Estate of Dale Dossett, Deceased, Appellee, v. Robert Anderson, Appellant.

Gen. No. 9,296.

Heard in this court at October term, 1941; opinion filed February 24, 1942; rehearing denied May 5, 1942. Ralph Dempsey and P. A. D'Arcy, *guardian ad litem,* for appellant; Cassidy, Knoblock & Sloan, for appellee. Opinion by PRESIDING JUSTICE HAYES. "Not to be published in full."